# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| **THE KRYSTAL COMPANY, et al.,** : | |
| : | Case No. 20-61065 (PWB) |
| Debtors. : | (Jointly Administered) |
| : | |
| : | |
| **LIVE OAK RESTAURANT SERVICES, LLC,** : | |
| : | |
| Plaintiff, : | |
| : | Adv. Proc. No. 20-06176 |
| v. : | |
| : | |
| **THE KRYSTAL COMPANY, and** : | |
| : | |
| **KRYSTAL RESTAURANTS LLC,** : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Live Oak Restaurant Services, LLC, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses this adversary proceeding with prejudice.

Respectfully submitted, this 14th day of October, 2020.

                                          **STONE & BAXTER, LLP**
                                          BY:

| | |
|---|---|
| 577 Mulberry Street, Suite 800 | /s/ Matthew S. Cathey |
| Macon, Georgia 31201 | Matthew S. Cathey |
| (478) 750-9898 | Georgia Bar No. 759547 |
| (478) 750-9899 (fax) | Thomas B. Norton |
| | Georgia Bar No. 997178 |
| | |
| | Counsel for Plaintiff |

G:\CLIENTS\Live Oak Restaurant Services, LLC\Live Oak AP 20-06176\Notice of Dismissal.docx

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I caused the foregoing *Notice of Dismissal* to be electronically filed with the Clerk of Court using the ECF system and served a copy on the Defendant via electronic mail to the following address:

Jeff Dutson, Esq.
JDutson@KSLAW.com
Counsel for The Krystal Company

Jonathan T. Edwards, Esq.
Jonathan.edwards@alston.com
Counsel for Krystal Restaurants, LLC

Dated this 14th day of October, 2020.

/s/ Matthew S. Cathey
Matthew S. Cathey